UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TIFFANNYE JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 1:20-cv-01264-RLY-DLP |
| | ) |
| DEFENDERS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Plaintiff in the above-captioned matter, by counsel, having filed a Motion of Dismissal, and the Court, being duly advised in the premises, now finds that said Motion of Dismissal should be granted. IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that this matter be dismissed with prejudice. Each party shall bear its/her own costs and attorneys' fees.

DATED:    11/12/2020

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF